1004

**I. W. LANE v. Robert L. WILLIAMS, Judge of the United States District Court for the Eastern District of Oklahoma.**

No. 1482.

Circuit Court of Appeals, Tenth Circuit.

Oct. 23, 1936.

Charles A. Chandler, of Muskogee, Okl., for petitioner.

Robert L. Williams, United States District Judge, of Muskogee, Okl., pro se.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Order to show cause discharged pursuant to response of respondent.

**LEAVENWORTH McALLISTER REALTY CORPORATION, Appellant, v. Leigh M. BATTSON, Trustee, et al., Appellees.**

No. 8340.

Circuit Court of Appeals, Ninth Circuit.

Dec. 24, 1936.

Hettman & Scampini, of San Francisco, Cal., for appellant.

Morrison, Hohfeld, Foerster, Shuman & Clark, of San Francisco, Cal., for appellees.

PER CURIAM.

Upon stipulation of counsel for respective parties, and pursuant to direction of Circuit Judges Garrecht, Denman, and Mathews, by signed order this day filed, petition of Leavenworth McAllister Realty Corporation for allowance by this court of an appeal under section 24b of the Bankruptcy Act (11 U.S.C.A. § 47 (b) is denied, and appeal allowed herein by the lower court is dismissed, each party to pay its own costs.

**LEADER CARD WORKS v. OTTEN BROTHERS COMPANY et al.**

No. 7604.

Circuit Court of Appeals, Sixth Circuit.

Jan. 6, 1937.

Warren G. Wheeler, of Milwaukee, Wis., for appellant.

Harness, Dickey, Pierce & Hann, of Detroit, Mich., for appellees.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion and stipulation to docket and dismiss appeal has been filed, accompanied by certificate of the clerk as provided by rule 18,

On consideration whereof it is ordered that the appeal be, and the same is hereby, docketed and dismissed.